UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARLOS GUTIERREZ | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | DIVISION |
| | * | |
| SAFWAY SERVICES, LLC AND | * | SECTION |
| TRANSOCEAN OFFSHORE USA INC. | * | |
| * * * * * * * * * * * * * * | * | |

## NOTICE OF REMOVAL

**NOW COMES** defendant, Transocean Offshore USA Inc. ("Transocean"), who, pursuant to 28 U.S.C. § 1441 *et seq.* and §1331 and §1332, and further based on the grounds set forth in this Petition of Removal, with full reservation of all rights and defenses, including all defenses delineated by Rule 12 of the Federal Rules of Civil Procedure as well as the Louisiana Code of Civil Procedure and all other jurisdictional, procedural, and/or venue defenses, as well as all defenses to the merits of this action, hereby removes this action from the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana to the United States District Court for the Eastern District of Louisiana. In support of Defendant's Notice of Removal, Defendant states as follows:

1.

On June 13, 2011, plaintiff filed his Petition for Damages in the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana bearing No. 73608, Division "D", against Transocean Offshore USA Inc. and his employer, Safway Services, LLC.

2.

Plaintiff alleges that, while employed by Safway and working aboard the DISCOVERER DEEP SEAS, he was injured by the joint negligence of Transocean and Safway Services, LLC, and/or unseaworthiness of the DISCOVERER DEEP SEAS, all of which is denied by defendant insofar as said allegations pertain to Transocean.

3.

Upon information and belief, no proceedings have occurred in this action but the filing and service of the plaintiff's Petition for Damages and the Plaintiff's First Set of Interrogatories and Requests for Production of Documents.  *See* Exhibits A(1)-(3) attached hereto, A(1) Plaintiff's Petition for Damages, A(2) Plaintiff's First Set of Interrogatories and A(3) Plaintiff's First f Requests for Production of Documents.

4.

Although the Petition for Damages is silent as to the amount of damages allegedly sustained by plaintiff, Transocean avers that, based on the nature of the incident and information contained in the Petition for Damages, the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

5.

Defendant Safway Services, LLC consents to removal of this action, as evidenced by Exhibit B.  *See* Exhibit B, Safway's Consent to Removal.

**REMOVAL ON THE BASIS OF DIVERSITY OF CITIZENSHIP**

6.

Pursuant to 28 U.S.C. §§1332, 1441 and 1446, and without prejudice to any defense Transocean may have to plaintiff's action, Transocean files this Notice of Removal asserting that there is complete diversity amongst plaintiff, Carlos Gutierrez, and defendants, Transocean Offshore USA Inc. and Safway Services, LLC.

7.

Although Plaintiff failed to allege his residency or domicile in his Petition for Damages, Transocean alleges upon information and belief that he resides in St. Bernard Parish, State of Louisiana. *See* Exhibit A1, copy of Plaintiff's Petition for Damages.

8.

Transocean Offshore Deepwater Drilling, Inc. is a corporation formed under the laws of the State of Delaware with its principal business office located in Houston, Texas.

9.

Defendant, Safway Services, LLC, is a limited liability company organized under the laws of the State of Delaware, with its principal business office located in Waukesha, Wisconsin. OIP Holdings, LLC is the sole member of Safway Services, LLC; OIP Holdings is a limited liability company organized under the law of the State of Delaware with its principal business office located in Wisconsin. OIP Holdings has two members: (1) Odyssey Investment Partners, LLC, a limited liability company organized under the laws of the state of Delaware with its principal business office located in New York, and (2) ThyssenKrupp AG, a business entity organized under the laws of Germany. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077

3

(5th Cir. 2008) (holding that for diversity purposes, the citizenship of a LLC is determined by the citizenship of its members).

**Removal Based Upon Alternative Ground of Federal Question Jurisdiction**

10.

Pursuant to 28 U.S.C. §§1331, 1441 and 1446, and without prejudice to any defense Transocean may have to plaintiff's action, Transocean files this Notice of Removal asserting that, based upon the allegations of plaintiff's Petition for Damages, it is apparent that the plaintiff's claims arise under one or more laws of the United States, including, but not limited to, the general maritime law and/or the Longshore and Harbor Worker's Compensation Act.

11.

Pursuant to 28 U.S.C. § 1446, the pleadings filed in the State Court action (No.73608, 29th Judicial District Court for the Parish of St. Charles) are being filed along with this Notice of Removal as Exhibit "A".

12.

Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal with this Court, Transocean will file a copy of the Notice of Removal with the Clerk of Court for the 29th Judicial District Court for the Parish of St. Charles and will serve a copy upon counsel for plaintiff in the removed action.

13.

Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice of Removal in this Court and the filing of the Notice of Removal with the State Court confers exclusive jurisdiction over this

action to this Court and simultaneously divests the State Court of jurisdiction with respect to this action.

14.

The filing of this Notice of Removal is timely under the provisions of 28 U.S.C. § 1446, having been filed within 30 days of service of the Petition for Damages on the first defendant to be served.

**WHEREFORE**, Defendant, Transocean Offshore USA Inc., removes this action to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*s/ Hal C. Welch*
HAL C. WELCH, T.A. (La. Bar No. 13344)
C. KIEFFER JOHNSON (La. Bar No. 31206)
**LEMLE & KELLEHER, L.L.P.**
2100 Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana  70130-6097
Telephone:  (504) 586-1241
FAX:  (504) 584-9142
Email: hwelch@lemle.com
Email:  kjohnson@lemle.com
***Attorneys for Defendant,***
***Transocean Offshore USA Inc.***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a true and correct copy of the foregoing pleading has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this 1st day of July, 2011.

/S/ Hal C. Welch
HAL C. WELCH

756181_1.doc